UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Power Distribution, Inc.<br>4200 Oakleys Court<br>Richmond, Virginia 23223<br><br>                    Plaintiff<br><br>        v.<br><br>Danaher Corporation<br>2099 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br><br>                    Defendant | **COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiff, Power Distribution, Inc. (PDI) brings this action against the Defendant, Danaher Corporation (Danaher), and for its cause of action alleges as follows:

The Parties

1. PDI is the owner, by assignment, of the entire right, title and interest in and to United States Patent No. 6,330,516, issued to John B. Kammeter on December 11, 2001.

2. PDI is a corporation organized and existing under the laws of the Commonwealth of Virginia, and has a principal place of business at 4200 Oakleys Court, Richmond, Virginia 23223.

3. Upon information and belief, Danaher is a corporation organized and existing under the laws of Washington, D.C., and has a corporate headquarters located at 2099 Pennsylvania Avenue, NW Washington, DC 20006.

Jurisdiction and Venue

4. This is an action for infringement of United States Letters Patent No. 6,330,516 ("the '516 patent", copy attached as Exhibit A) against Defendant Danaher under the Patent Laws of the United States, Title 35 United States Code §1 *et seq.* Accordingly, jurisdiction is properly based on Title 35 United States Code, particularly §§ 271 and 281, and Title 28 United States Code, particularly § 1338(a).

5. Danaher, on information and belief, has its corporate headquarters in this judicial district.

6. Venue is proper in this Court under Title 28 United States Code §§1391(b) and (c) and 1400(b).

The Patent

7. On December 11, 2001, the '516 patent was duly and legally issued for an invention entitled "Branch Circuit Monitor."

8. PDI has at all times since the execution of the assignment from the inventor, John B. Kammeter, owned the '516 patent.

9. PDI sells a branch circuit monitor protected by the '516 patent.

Background of Action

10. On October 6, 2006, Chris Tecca, President of Danaher Power Solutions, LLC., Richmond, VA, a wholly owned subsidiary of Danaher, visited the office of PDI President Richard Combs to discuss licensing the '516 patent. Mr. Combs told Mr. Tecca that PDI did not wish to grant a license to Danaher.

11. In November, 2006, an official of PDI discovered product brochures and specification of Danaher offering for sale a branch circuit monitor. Danaher had a sales booth at the an

industry trade show which offered a branch circuit monitor for sale. These brochures, specifications and sales booth constitute an offer for sale of the invention covered by the '516 patent.

## Infringement

12. Paragraphs 1 through 11 are incorporated herein by reference.

13. Danaher has offered to sell and continues to offer to sell a branch circuit monitor embodying the invention claimed in at least claims 1, 2, 5, and 6 of the '516 patent, and therefore, infringes those claims.

14. As a consequence of the infringement, PDI has been damaged to an extent not yet determined and seeks an award of damages adequate to compensate for the infringement, together with interest, costs and attorneys' fees.

## Relief Requested

WHEREFORE, Plaintiff PDI requests the following:

a. That this Court adjudge the '516 patent is valid and infringed by Danaher.

b. That a permanent injunction be issued enjoining Danaher and those in privy with Danaher from further infringement of the '516 patent.

c. That an accounting be had for the damages arising out of said infringement by Danaher and those in privy with Danaher.

d. That PDI be awarded damages adequate to compensate for Danaher's and those in privy with Danaher's infringing activity, together with prejudgement and post-judgement interest thereon and costs as fixed by the Court, as provided by Title 35 United States Code § 284.

e.  That Danaher's infringement of one or more claims of the '516 patent be declared willful and deliberate, and that the Court increase the damages by three times the amount found or assessed, as provided by Title 35 United States Code § 284.

f.  That the Court declare this an exceptional case and that PDI be granted its reasonable attorneys' fees in accordance with Title 35 United States Code § 285.

g.  That this Court grant PDI such other and further relief as it may deem just and proper.

Dated this 15th day of February, 2007.

Respectfully submitted,

BACON & THOMAS, PLLC

By   /s/   Felix J. D'Ambrosio
Felix J. D'Ambrosio, DCB # 131243
Attorney for Plaintiff
625 Slaters Lane - 4th Floor
Alexandria, VA 22314 - 1176
Telephone: (703) 683-0500

By   /s/   Thomas J. Moore
Thomas J. Moore, DCB # 294512
Attorney for Plaintiff
625 Slaters Lane - 4th Floor
Alexandria, VA 22314 - 1176
Telephone: (703) 683-0500

OF COUNSEL

By   /s/   Benjamin E. Urcia
Benjamin E. Urcia, DCB # 455098
625 Slaters Lane - 4th Floor
Alexandria, VA 22314 - 1176
Telephone: (703) 683-0500

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Power Distribution, Inc., 4200 Oakleys Court, Richmond, Virginia 23223 | Danaher Corporation, 2099 Pennsylvania Ave., N.W., Washington, D.C. 20006 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  [city] Richmond
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)  [city] Washington
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Felix J. D'Ambrosio, DCB # 131243, Thomas J. Moore, DCB # 294512, BACON & THOMAS, PLLC, 625 Slaters Lane - 4th Floor, Alexandria, VA 22314-1176, Telephone (703) 683-0500

ATTORNEYS (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**● E. General Civil (Other)** OR **○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Patent infringement under 35 U.S.C. §1 et seq. and particularly 35 U.S.C. §271

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** [unspecified]   Check YES only if demanded in complaint   **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form

DATE February 15, 2007   SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D C.; 88888 if plaintiff is resident of the United States but not of Washington, D C., and 99999 if plaintiff is outside the United States

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form

United States District Court
For the District of Columbia

# EXHIBIT A

(a copy of U.S. Patent No. 6,330,516)
to the
Complaint for Patent Infringement
in
Power Distribution, Inc. v. Danaher Corporation

US006330516B1

## (12) United States Patent
### Kammeter

(10) Patent No.: US 6,330,516 B1
(45) Date of Patent: Dec. 11, 2001

(54) **BRANCH CIRCUIT MONITOR**

(75) Inventor: John B. Kammeter, Sandston, VA (US)

(73) Assignee: Power Distribution, Inc., Richmond, VA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/535,973

(22) Filed: Mar. 27, 2000

(51) Int. Cl.$^7$ .................................... G01R 31/02
(52) U.S. Cl. ................. 702/60; 702/57; 702/62; 702/64; 702/122
(58) Field of Search ........................ 702/57, 58, 59, 702/62, 64, 122, 118, 117, 182, 185, 189, FOR 103, FOR 104, FOR 106, FOR 111, FOR 132, FOR 135, FOR 170, FOR 171; 361/60–66

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,322,766 | * | 3/1982 | Backer et al. ............. 361/17 |
| 4,335,437 | | 6/1982 | Wilson et al. |
| 4,384,251 | * | 5/1983 | Schelling et al. ......... 324/207 |
| 4,409,635 | * | 10/1983 | Kraus ....................... 361/62 |
| 4,752,853 | * | 6/1988 | Matsko et al. ............. 361/94 |
| 4,858,141 | | 8/1989 | Hart et al. |
| 4,904,873 | * | 2/1990 | Kiihn ....................... 250/424 |
| 5,140,263 | * | 8/1992 | Leon ................. 324/207 17 R |
| 5,196,982 | | 3/1993 | Landsberg et al. |
| 5,224,054 | | 6/1993 | Wallis |
| 5,414,344 | * | 5/1995 | Chinn ........................ 324/72 |
| 5,442,280 | | 8/1995 | Baudart |
| 5,572,438 | * | 11/1996 | Ehlers et al. .............. 364/492 |
| 5,583,440 | * | 12/1996 | Bisher ........................ 324/426 |
| 5,615,075 | | 3/1997 | Kim |
| 5,671,147 | * | 9/1997 | McKim, Jr et al. ......... 364/481 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| 3712190 | | 10/1988 | (DE) |
| 3743064 | | 3/1989 | (DE) |
| 4204515 | | 8/1993 | (DE) |
| 0288998 | | 11/1988 | (EP) |
| 2274171 | | 7/1994 | (GB) |
| 022237057-A | * | 9/1990 | (JP) |
| 11017511-A | * | 1/1999 | (JP) |
| 11238448-A | * | 8/1999 | (JP) |
| 11341713-A | * | 12/1999 | (JP) |
| 200078764-A | * | 3/2000 | (JP) |
| WO9816839 | | 4/1998 | (WO) |
| WO9946606 | | 9/1999 | (WO) |

OTHER PUBLICATIONS

Wahl, Frank P., *Select Current Sensor Performance to Match the Application's Requirements*, PCIM Magazine, pp 1–11, 1998.
POWERLOGIC® Power Monitoring and Control Systems, Energy and Enercept Meters, Class 3020, 3050, pp 1–2

Primary Examiner—Marc S. Hoff
Assistant Examiner—Carol S. Tsai
(74) Attorney, Agent, or Firm—Bacon & Thomas

(57) **ABSTRACT**

A branch circuit monitor includes a plurality of non-contact current sensors arranged to sense current on each of a plurality of branch circuits, the non-contact current sensors being connected to a common digital signal processor (DSP) module having as inputs the outputs of the current sensors and also voltage inputs from each power source. The digital signal processor is arranged to calculate not only overall energy consumption, but also RMS voltage, RMS current, power factor, real power, and/or apparent power for each branch circuit. Preferably, the non-contact current sensors are in the form of miniature non-contact Rogowski coils or induction transducers. Data from the digital signal processor may be made available via communications protocols such as Modbus RTU or RS232/RS485/422, to any number of remote sites. The individual branch circuit monitors can be wired in a daisy chain or star network configuration and even connected to the Internet via an appropriate interface device.

**9 Claims, 3 Drawing Sheets**



US 6,330,516 B1
Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,767,667 * | 6/1998 | Shafie | 324/117 |
| 5,796,237 | 8/1998 | Yamakawa | |
| 5,811,965 * | 9/1998 | Gu | 324/117 R |
| 5,877,618 * | 3/1999 | Luebke et al. | 324/72.5 |
| 5,995,911 * | 11/1999 | Hart | 702/64 |
| 6,006,105 * | 12/1999 | Rostoker et al. | 455/552 |
| 6,018,700 * | 1/2000 | Edel | 702/60 |
| 6,038,117 * | 3/2000 | Dullni et al | 361/58 |
| 6,038,516 * | 3/2000 | Alexander et al | 702/67 |
| 6,091,223 * | 7/2000 | Rogers et al. | 320/111 |
| 6,097,202 * | 8/2000 | Takahashi | 324/761 |
| 6,109,094 * | 8/2000 | Baranzahi et al. | 73/31.06 |
| 6,118,270 * | 9/2000 | Singer et al. | 324/117 R |
| 6,211,627 * | 4/2001 | Callahan | 315/294 |

* cited by examiner



*FIG.1*



*FIG.2B*



*FIG.2A*



FIG.3

1

# BRANCH CIRCUIT MONITOR

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to power distribution systems, and more particularly to apparatus for monitoring power usage by a plurality of loads connected to a panel board or circuit breaker. The invention utilizes non-contact current sensors wired to the panel board or breaker and a digital signal processor module connected to receive inputs from the current sensor and from each voltage source so as to avoid having to attach a separate meter to each branch circuit to be monitored. The digital signal processor also enables monitoring of power quality as well as energy consumption for each branch circuit.

### 2. Description of Related Art

In order to audit or monitor energy usage in a more efficient manner, it is often desirable to monitor not only the overall energy usage by a facility, but also power consumption by individual branch circuits, as well as the effect on power quality of loads in the branch circuits. Such individual branch circuit monitoring not only permits billing for energy used, but also can provide an indication of conditions in the branch circuit, and trigger alerts in case individual limits on such parameters as RMS voltage or current, power factors, or harmonic distortion are exceeded. Furthermore, individual branch circuit monitoring permits billing to be extended to take into account low power factors and/or high total harmonic distortion, promoting efficiency by allowing the operator of a facility to determine whether and where capital investment for power quality enhancement equipment would provide the best return on investment.

Presently, monitoring of individual branch circuits in order to measure branch power parameters such as energy usage by a load, and the effects of the load on power factor and total harmonic distortion (THD), requires the installation of individual current sensors encircling and tied to the wire conductors of the branch circuits that the installer connects from the load to the branch circuit breakers. In order to record energy used, a conventional kilowatt-hour meter needs to be attached to each branch circuit. The costs involved in monitoring branch circuit energy usage can be significant for a typical manufacturing facility, in which multiple discrete circuit breakers or power distribution panels each typically service up to 84 branch circuits. When power quality or other parameters are to be taken into account, the costs rapidly become prohibitive due to the need for installation of additional meters.

## SUMMARY OF THE INVENTION

It is accordingly a first objective of the invention to overcome the deficiencies of the prior art by providing a branch circuit monitor that can be wired directly to the panel board or circuit breaker without having to attach sensors to every branch circuit wire, and without requiring multiple kilowatt-hour meters for each circuit.

It is a second objective of the invention to provide a branch circuit monitor which is not limited to monitoring kilowatt-hours, but rather is capable of measuring, for each of a plurality of branch circuits, any or all of the following parameters: power factor, root-mean-square (RMS) current, RMS voltage, apparent power(kw)or real power (kv), total energy usage (kwhours), percent loading, and voltage and current THD.

It is a third objective of the invention to provide a branch circuit monitor capable of issuing, for each of a plurality of branch circuits, alarms on any or all of the following parameters: over/under voltage, over current and/or excess power or voltage consumption, high power factor and/or THD, and overall energy usage in multiple kwhr increments.

It is a fourth objective of the invention to provide a branch circuit monitor capable of generating, for each of plurality of individual branch circuits, real time data that can be used for billing of energy used, for calculating credits for energy that is out-of-tolerance, for levying surcharges for low power factors and/or high total harmonic distortion, and for determining whether the capital investment for power quality enhancement equipment would result in a positive return on investment.

It is a fifth objective of the invention to provide a branch circuit monitor that can be customized to provide any type of indication required by a particular application or facility, and which is scalable to allow for monitoring not only of any number of local branch circuits, but also remote sites in any number of cities or countries.

These objectives are achieved, in accordance with the principles of a preferred embodiment of the invention, by replacing the conventional individual current sensors tied to the wire conductors of the branch circuits with a plurality of non-contact current sensors, one for each branch circuit, and by utilizing a digital signal processor (DSP) module connected not only to the current sensors but also to voltage inputs from each voltage source to process the inputs from the current sensors.

In an especially preferred embodiment of the invention, the digital signal processor module monitors not only overall energy usage, but also RMS voltage, RMS current, power factor, real power, apparent power, and frequency for each branch circuit.

While not limited to a particular type of non-contact or induction transducer, the non-contact current sensors of the illustrated embodiment are in the form of miniature non-contact Rogowski coils that can easily be fitted on printed circuit boards arranged to fit within the dimensions of a typical panel board.

The inclusion of a digital signal processor module allows the branch circuit monitor to make data available, via communications protocols such as Modbus RTU or RS232/RS485/422, to any number of remote sites. The individual branch circuit monitors can be wired in a daisy chain or star network configuration and even connected to the Internet via an appropriate interface device so as to enable centralized billing or auditing of power usage, and remote monitoring of branch circuit conditions.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic diagram illustrating the principal components of a branch circuit monitor arranged according to the principles of a preferred embodiment of the invention.

FIG. 2A is a side view showing an arrangement of the preferred branch circuit monitor on an 84-circuit panel board.

FIG. 2B is a top view of the arrangement illustrated in FIG. 2A.

FIG. 3 is a perspective view of various components of the branch circuit monitor of FIGS. 1, 2A, and 2B.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As illustrated in FIG. 1, the branch circuit monitor of the preferred embodiment of the invention includes a digital

3

signal processor (DSP) 1 arranged to carry out various calculations based on a voltage input 2 from each of a plurality of power sources 3, and on a current input from each of a plurality of non-contact current sensors 4, one current sensor being provided between each branch circuit breaker 5 and a corresponding load 6.

Those skilled in the art will appreciate that numerous DSPs capable of performing the requisite voltage and current monitoring calculations are currently available, and that the invention is not limited to a particular digital signal processor configuration, or to a particular calculation. Although it is believed that digital signal processors have not been used in the specific context of branch circuit monitor as illustrated herein, suitable digital signal processors and programs capable of carrying out the requisite power analysis calculations or determinations are found in a variety of existing electrical testing and monitoring equipment.

The DSP used in the branch circuit monitor of the preferred embodiment of the invention should at least be capable of monitoring the frequency of a signal, measuring harmonics using an appropriate transform, monitoring of total energy consumption, and of carrying out the following standard, well-known calculations (or equivalents thereof) based on the input voltage and current:

(i) RMS current and voltage:

$$I_{RMS} = \left[\frac{1}{T}\int_{t_0}^{t_0+T} i^2 dt\right]^{1/2} \text{ and } V_{RMS} = \left[\frac{1}{T}\int_{t_0}^{t_0+T} v^2 dt\right]^{1/2};$$

(ii) Active Power:

$$P_{active} = \frac{1}{T}\int_{t_0-T/2}^{t_0+T/2} p\, dt \text{ where } p = E_\omega I_\omega \cos(\alpha - \beta);$$

(iii) Apparent Power:
   $P_{apparent} = V_{RMS} I_{RMS}$;
(iv) Power Factor:
   $PF = P_{active}/P_{apparent}$; and
(v) Total Harmonic Distortion:
   Ratio of (a) the sum of the powers of all harmonic frequencies above the fundamental frequency to (b) the power of the fundamental frequency.

The specific manner in which the digital signal processor performs the above calculations is not part of the invention, but it will be appreciated that a number of digital signal processor software algorithms are available for determining in real time, without storing entire waveforms and without dependence on exact endpoints, the values of each of the individual voltage and current harmonics for 84 or more branch circuits. By minimizing the number of accuracy determining hardware components and electronic components, and by utilizing the minimum number of individual current and voltage channels for the respective branch circuits through the actual analog signals flow, maximum accuracy can be obtained, while time disparities can be eliminating in well-known fashion by simultaneously sampling related channels, or by alternatively sampling and then over sampling. As the induced sampling error is almost zero in the arrangement of the preferred embodiment, mismatching which would occur if a number of simultaneous channels are used.

If required by the particular application, each channel can be calibrated for scale and offset, via a service port which can be connected to a terminal, pendant, or computer, and which can also read all values and set a network address. The calibration, network address, and historic data may be stored in nonvolatile memory. If all inputs are connected to known inputs, a single command will test and calibrate all channels, with reports on incorrectly wired channels.

Digital signal processor 1 is preferably connected to a communications interface 7 so as to make data available to remote as well as local points via such protocols as Modbus RTU in a four-wire drop configuration, or any other protocol such as RS232/RS485/422, and wired or wireless data transmission for display on a spreadsheet or other suitable application software. In addition, the digital signal processor module may include an optional storage (not shown) for recording and logging outages.

As illustrated in FIGS. 2A, 2B, and 3, the non-contact sensors 4 are preferably located on printed circuit boards 8 mounted on directly wired to a panel board 9 within a panel board enclosure 10. Digital signal processor 1 is housed in a logic module 11 connected to printed circuit boards 8 by ribbon cables 12. Typical dimensions for the panel board enclosure are given in FIG. 2A, although those skilled in the art will appreciate that the dimensions should not be taken as limiting. As illustrated in FIG. 3, the logic module is in the form of a circuit card having a serial output port, and that is supplied with 20 V AC power through a transformer 13, time delay fuse 14, and terminal strip 15.

The branch circuit module of the preferred embodiment thus provides real-time and history information on branch circuit parameters for site power networks having as many as 168 or more branch circuits. Although a specific arrangement of sensors and circuit boards is shown, those skilled in the art will appreciate that the physical arrangement of monitor components may be varied depending on the application, as may such features as the communications circuitry and data format. For example, the data output from the digital signal processor module may be either a serial or parallel output, and can be in the form either of absolute values or billing blocks, i.e., increments, or the monitor could be arranged to provide both absolute values and billing blocks.

Having thus described a preferred embodiment of the invention and variations of the preferred embodiment in sufficient detail to enable those skilled in the art to make and use the invention, it will nevertheless be appreciated that numerous variations and modifications of the illustrated embodiment may be made without departing from the spirit of the invention. Accordingly, it is intended that the invention not be limited by the above description or accompanying drawings, but that it be defined solely in accordance with the appended claims.

What is claimed is:

1. A branch circuit monitor for monitoring parameters of power on each of a plurality of branch circuits extending from a panel board or circuit breaker box, said panel board or circuit breaker box including a plurality of circuit breakers arranged to distribute power from a main line that is terminated within the panel board or circuit breaker box to a plurality of branch circuits, comprising:

   a plurality of non-contact current sensors arranged to monitor currents in wires of branch circuits extending from said panel board or circuit breaker box, said non-contact current sensors surrounding said branch circuit wires; and

   a controller module,

   wherein the controller module is connected to an output of the non-contact current sensors, and wherein the controller module is arranged to process, for each of said

| 5 | 6 |

branch circuits, currents measured by the non-contact current sensors, and

wherein said non-contact sensors are mounted on a circuit board positioned near to said panel board or circuit breaker box.

2. A branch circuit monitor as claimed in claim 1, herein the controller module is a digital signal processor (DSP) module and is further connected to said main line and arranged to monitor a voltage of power supplied to said main line from at least one power source and to process both said main line voltage and said branch circuit currents in order to measure energy usage and at least one additional parameter selected from the group consisting of RMS voltage, RMS current, power factor, real power, and apparent power.

3. A branch circuit monitor as claimed in claim 1, wherein the non-contact current sensors are miniature non-contact Rogowski coils.

4. A branch circuit monitor as claimed in claim 1, wherein the non-contact current sensors are induction transducers.

5. A branch circuit monitor as claimed in claim 2, wherein said at least one additional parameter includes RMS voltage and RMS current.

6. A branch circuit monitor as claimed in claim 2, wherein said at least one additional parameter includes power factor.

7. A branch circuit monitor as claimed in claim 2, wherein said at least one additional parameter includes total harmonic distortion.

8. A branch circuit monitor as claimed in claim 1, further comprising a remote communications interface arranged to permit transfer of data from the digital signal processor module to a location remote from said panel board or circuit breaker box, thereby enabling multiple said panel boards or circuit breaker boxes, each with its own digital signal processor and remote communications interface, to be monitored from a central location.

9. A branch circuit monitor as claimed in claim 2, wherein said digital processor module is arranged to issue alarms for at least one condition selected from the group consisting of over voltage, under voltage, over current, excessive active or apparent power, high power factor, and high total harmonic distortion.

* * * * *