CO-386-online
10/03

# United States District Court
# For the District of Columbia

Power Distribution, Inc.,  )
                           )
                           )
                           )
         vs    Plaintiff   )    Civil Action No _____
                           )
Danaher Corporation,       )
                           )
                           )
               Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Power Distribution, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Power Distribution, Inc.__ which have any outstanding securities in the hands of the public:

none.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Thomas J. Moore 2/15/07_
Signature

294512
BAR IDENTIFICATION NO.

Thomas J. Moore
Print Name

625 Slaters Lane - 4th Floor
Address

Alexandria,    VA        22314 - 1176
City          State       Zip Code

(703) 683-0500
Phone Number