IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER DISTRIBUTION, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>DANAHER CORPORATION,<br><br>    Defendant. | Civil Action No.  1:07cv00351<br><br>Judge Ellen Segal Huvelle |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**
**OF DANAHAR CORPORATION UNDER LOCAL CIVIL RULE 7.1**

      Pursuant to Local Rule 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Danaher Corporation states that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                        DANAHER CORPORATION

                                        By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:    __/s/ John F. Anderson_____
       John F. Anderson
       (D.C. Bar No. 393764)

Of Counsel:

David G. Mangum
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 532-1234